JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Rafael Arroyo, Jr.

Plaintiff,

v.

Khedry Abdelmesseh Sr. et al

Defendants.

Case No.  CV 17-07490-AB (ASx)

ORDER DISMISSING CIVIL ACTION

THE COURT having been advised that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  February 16, 2018

_____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE